**FORM 26. Docketing Statement**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

No. 12-1649, -1650

Soverain Software, LLC

v.

J.C. Penney Corporation

# DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

Name of the party you represent  Avon Products, Inc.

Party is (select one)   ☑ Appellant/Petitioner      ☐ Cross-Appellant
                        ☐ Appellee/Respondent       ☐ Intervenor

Tribunal appealed from and Case No. U.S.D.C., Eastern District of Texas, No. 6:09-CV-274

Date of Judgment/Order August 22, 2012    Type of Case Patent

Relief sought on appeal Reversal.

Relief awarded below (if damages, specify)
The final judgment holds the asserted patents enforceable, not invalid, and infringed; awards $8,700,000 in damages; awards post-verdict damages from the end of trial through the date of Final Judgment; awards pre-judgment and post-judgment interest; awards costs of court; and awards ongoing royalties of 1.05% for avon.com and 0.875% for youravon.com.

Briefly describe the judgment/order appealed from

The jury found the asserted patent claims infringed and not invalid. The district court denied Appellant's motion for judgment as a matter of law or a new trial and granted Appellee's motion for post-judgment royalties. On August 22, 2012, the district court entered final judgment in favor of Appellee, awarding damages of $8,700,000 and ongoing royalties at royalty rates 2.5 times the rate applied by the jury.

153

**FORM 26. Docketing Statement (continued)**

Nature of judgment (select one)

☑ Final Judgment, 28 USC 1295

☐ Rule 54(b)

☐ Interlocutory Order (specify type) _____

☐ Other (explain; *see* Fed. Cir. R. 28(a)(5)) _____

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued _____

There are no related cases. This case may be affected, however, by Soverain Software LLC v. Newegg Inc., No. 2011-1009 (Fed. Cir.), which is currently pending before the Court.

Brief statement of the issues to be raised on appeal _____

A non-binding, and not necessarily exclusive, list of issues includes whether the district court erred in: 1) denying Appellant's motion for JMOL as to infringement; 2) granting Appellee's motion for JMOL as to invalidity under 35 U.S.C. 101; 3) denying Appellant's motion for a new trial on damages; 4) construing the term "shopping cart computer"; 5) awarding ongoing royalties; and 6) denying Appellants motion for JMOL or a new trial on invalidity.

Have there been discussions with other parties relating to settlement of this case?

☑ Yes   ☐ No

If "yes," when were the last such discussions?

☐ Before the case was filed below?

☑ During the pendency of the case below?

☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated?   ☑ Yes   ☐ No

If they were mediated, by whom? _____

Richard Grainger, Law Offices of Richard Grainger, P.O. Box 491, Tyler, TX 75710

**FORM 26. Docketing Statement (continued)**

Do you believe that this case may be amenable to mediation?   ☐ Yes   ☑ No

If you answered no, explain why not _____

Intensive efforts at settlement, including mediation, have already failed. There is no reason to believe that another mediation would succeed.

Provide any other information relevant to the inclusion of this case in the court's mediation program. _____

None.

I certify that I filed an original and one copy of this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this  24th  day of September , 2012

by: Federal Circuit ECF
(manner of service)

Daryl L. Joseffer                    /s/ Daryl L. Joseffer
Name of Counsel                     Signature of Counsel

Law Firm King & Spalding LLP

Address 1700 Pennsylvania Ave., NW, Suite 200

City, State, ZIP Washington, DC 20006

Telephone Number (202) 737-0500

FAX Number (202) 626-3737

E-mail Address djoseffer@kslaw.com